ACCEPTED
03-13-00101-CV
6038669
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 1:51:14 PM
JEFFREY D. KYLE
CLERK

No. 03-13-00101-CV

# In the Court of Appeals
# for the Third Judicial District
# Austin, Texas

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/13/2015 1:51:14 PM
JEFFREY D. KYLE
Clerk

RENT-A-CENTER, INC.,
*Appellant,*

v.

GLENN HEGAR, COMPTROLLER OF PUBLIC ACCOUNTS; AND
KEN PAXTON, ATTORNEY GENERAL,
*Appellees.*

On Appeal from the
250th Judicial District Court of Travis County, Texas

## APPELLEES' RESPONSE IN OPPOSITION TO
## APPELLANT'S MOTION FOR REHEARING

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney
 General

SCOTT A. KELLER
Solicitor General

MATTHEW H. FREDERICK
Deputy Solicitor General
State Bar No. 24040931

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas  78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697
Matthew.Frederick
 @texasattorneygeneral.gov

COUNSEL FOR APPELLEES

## ISSUE PRESENTED

Whether the Court of Appeals should decide, in the first instance, a question that the district court did not reach, rather than remand and allow the district court to make appropriate findings of fact and conclusions of law.

## ARGUMENT AND AUTHORITIES

Rent-A-Center's motion for rehearing should be denied because remand is necessary for further proceedings. The motion for rehearing rests on an incomplete statement of Texas Rule of Appellate Procedure 43.3, which provides:

> When reversing a trial court's judgment, the court must render the judgment that the trial court should have rendered, except when:
>
> (a) a remand is necessary for further proceedings; or
>
> (b) the interests of justice require a remand for another trial.

TEX. R. APP. P. 43.3. Rent-A-Center argues that the Court should rule, in the first instance, on the cost-of-goods-sold issue because it "must render the judgment that the trial court should have rendered." Mot. for Reh'g. 3. But Rent-A-Center omits the qualifying clause, "except when . . . a remand is necessary for further proceedings." TEX. R. APP. P. 43.3.

In this case, remand is necessary because the trial court did not rule on Rent-A-Center's claim regarding its cost of goods sold. The district court concluded, in light of its ruling on the retail-trade issue, that "the issue regarding cost of goods sold is moot." CR 114. Accordingly, the trial court did not determine the cost of goods sold by Rent-A-Center in 2007, nor did it determine whether that figure must be reduced to account for depreciation claimed by Rent-A-Center.

"[A] court of appeals can reverse the trial court's judgment only when the trial court is in error." *Chrismon v. Brown*, 246 S.W.3d 102, 116 (Tex. App.—Houston [14th Dist.] 2007, no pet.). Because the trial court entered no judgment on the cost-of-goods-sold issue, there is no error to address. The trial court's only error, as determined by this Court, concerned the question whether Rent-A-Center was engaged primarily in retail trade. Because the trial court's ruling on that issue prevented it from reaching the cost-of-goods-sold issue, the appropriate remedy is to remand so that the trial court may address that question in the first instance.

**PRAYER**

Appellees respectfully request that the Court deny Rent-A-Center's motion for rehearing and remand for further proceedings.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

CHARLES E. ROY
First Assistant Attorney General

SCOTT A. KELLER
Solicitor General

/s/ Matthew H. Frederick
MATTHEW H. FREDERICK
Deputy Solicitor General
State Bar No. 24040931

OFFICE OF THE ATTORNEY GENERAL
P.O. Box 12548 (MC 059)
Austin, Texas 78711-2548
Tel.: (512) 936-6407
Fax: (512) 474-2697
Matthew.Frederick
 @texasattorneygeneral.gov

COUNSEL FOR APPELLEES

## CERTIFICATE OF SERVICE

On July 13, 2015, this Appellees' Motion for Rehearing was served

via CaseFileXpress on:

Farley P. Katz
Forrest M. Seger III
STRASBURGER PRICE OPPENHEIMER BLEND
300 Convent Street, Suite 900
San Antonio, Texas 78204

Daniel L. Butcher
P. Michael Jung
STRASBURGER PRICE
901 Main Street, Suite 4300
Dallas, Texas 75202

Robert M. O'Boyle
Clinton A. Rosenthal
STRASBURGER & PRICE, LLP
720 Brazos Street, Suite 700
Austin, Texas 78701

COUNSEL FOR APPELLANT

       /s/ Matthew H. Frederick
       MATTHEW H. FREDERICK

**CERTIFICATE OF COMPLIANCE**

In compliance with Texas Rule of Appellate Procedure 9.4(i)(2), this brief contains 380 words, excluding the portions of the brief exempted by Rule 9.4(i)(1).

/s/ Matthew H. Frederick
MATTHEW H. FREDERICK
